## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

David Izsak, et al.
                              Plaintiff,

v.                                                   Case No.: 1:12–cv–07189
                                                  Honorable Marvin E. Aspen

City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 4, 2012:

      MINUTE entry before Honorable Marvin E. Aspen:Defendants' Motion for extension of time to answer [14] or otherwise plead to plaintiff's complaint, until 11/5/12 is grated. The status hearing scheduled for 10/25/12 is stricken and reset to 12/6/2012 at 10:30 AM. The motion hearing scheduled for 10/9/12 is stricken. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.